# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

V.

KYLE DEWOLF

**WARRANT FOR ARREST**

CASE NUMBER: 08-59M (AEG)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KYLE DEWOLF, and bring him forthwith to the nearest magistrate to answer a complaint charging him with transferring obscene material to a minor, in violation of Title 18, United States Code, Section 1470, and causing interstate travel and using interstate communications for the purpose of inducing a minor to have sexual activity with him, in violation of Title 18, United States Code, Section 2422 (a) and (b).

Aaron E. Goodstein
Name of Judicial Officer

_[signature]_
Signature of Issuing Officer

(By) Deputy Clerk

United States Magistrate Judge
Title of Issuing Officer

July 3, 2008 at Milwaukee, Wisconsin
Date and Location

_[stamp: 2008 JUL -3 PM 2:22 U.S. MARSHAL MILWAUKEE WI]_

Bail fixed at $_____ by _____
                               Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_____

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

O 442 (Rev. 5/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

V.

KYLE DEWOLF

U.S. District Court
Eastern District of Wis. } ss
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.
AARON E. GOODSTEIN
U.S. Magistrate Judge
DATED 7/3/08
By: _____
By: Deputy Clerk

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-59 M(AEG)

I, Jack Felske, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about June 2008, in Kenosha County, in the Eastern District of Wisconsin, defendant(s) did transfer obscene material to a minor, in violation of 18 U.S.C. § 1470, and cause interstate travel and use interstate communications for the purpose of inducing a minor to have sexual activity with him, in violation of Title 18, United States Code, Section 2422(a) and (b).

I further state that I am a Special Agent currently employed by the Federal Bureau of Investigation ("FBI"), and this complaint is based on the following facts:

Please see the attached affidavit of Jack Felske.

Continued on the attached sheet and made a part hereof:    X Yes    __ No

_____
Signature of Complainant
Jack Felske

Sworn to before me and subscribed in my presence,

July 3, 2008 _____   at Milwaukee, Wisconsin
Date                                 City and State

The Honorable Aaron E. Goodstein
United States Magistrate Judge           _____
Name & Title of Judicial Officer         Signature of Judicial Officer

## AFFIDAVIT

I, Jack Felske, being duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I am currently assigned to the Milwaukee, Wisconsin, Office of the Federal Bureau of Investigation. As part of my duties, I investigate a variety of violations of federal criminal laws, including, but not limited to, Title 18 United States Code, Sections 1470 (Transfer of Obscene Material to a Minor) and 2422 (interstate travel or interstate communication for purposes of sexual activity with a minor).

2. This affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact or matter observed by myself or known by the government. The information provided is based on my personal knowledge and observations during the course of this investigation, information conveyed to me by other law enforcement and government officials, and my review of records, documents, and other physical evidence obtained during this investigation.

3. This application is submitted in support of a criminal complaint and an arrest warrant charging Kyle A. Dewolf, date of birth 02/01/1985 with a violations of Title 18 United States Code, Sections 1470 and 2422.

4. On Monday, June 30, 2008, at approximately 2:30p.m., Tracey Hansen, of Salem, Wisconsin, reported to the Kenosha County Sheriff's Department (KCSD) that her daughter, Rachel Green, age 14, date of birth 06/12/1994, was missing. Hansen related that she last saw her daughter on June 30, 2008, at approximately 5:30a.m., at County Road AH and 226th Avenue, Salem, Wisconsin, waiting for the school bus. At 1:00p.m., Hansen

received a phone call from her daughter's school, Central High School, Paddock Lake, Wisconsin, that Green was absent from school.

5. The KCSD obtained information from the Sprint Nextel Corporation (SNC) regarding two cell phones with numbers assigned to SNC. That information reveals the following about these cell phones. The last text message transmitted from what Sprint subscriber records establish as Green's cell phone, 262-716-8726, at 6:36 a.m., on June 30, 2008, was, "Where are you?". This message was sent to telephone 912-320-9530, which is, according to Sprint records, registered to Kyle Dewolf, age 23, date of birth 02/01/1985, of Fort Stewart, Georgia. At 6:37 a.m., Dewolf's phone transmitted the message "Almost here" to Green's cell phone. SNC is the carrier for both phones and SNC related that both phones were powered off. SNC provided text message transcripts for incoming and outgoing messages from Green's cell phone from June 18, 2008, to June 30, 2008. The transcripts are in Eastern Time zone and noted as same in the document for ease of retrieval and review.

6. Review of these transcripts indicate the following:

    a. On Wednesday June 25, 2008, at approximately 10:00 p.m., Dewolf advised Green that he was in Chicago, Illinois, and he would meet her at her bus stop in the morning.

    b. On Thursday, June 26, 2008, at 6:37 a.m., Green transmitted a message to Dewolf asking for his direction of approach. That is the last message between Green and Dewolf until 8:09 a.m., when Dewolf transmitted "I love you Mistress rachel" and Green replied, "I smell like sweat, sex, and Newports...".

2

 c. On Friday June 27, 2008, messages between Dewolf and Green indicate that at approximately 11:12 a.m., Dewolf met Green at her house; after her family had left. At 3:21 p.m., Dewolf left the Green residence.

 d. On Saturday, June 28, 2008, at 6:51 p.m., Green transmitted to Dewolf "That second round in my bed was amazing. Sorry but it feels really good when you eat me out.:]]"

 e. On Saturday, June 28, 2008, at 8:12 p.m., Dewolf transmitted to Green, "He was a Russian novelist and philosopher who claimed that people are naturally married to the person who took their virginity." Green replied to Dewolf at 8:15 p.m., "Hm...and you took mine. So your bound to me for an eternity!"

 f. On Sunday, June 29, 2008, at 6:15 p.m., Dewolf wrote about picking Green up on Monday, June 30, 2008, at approximately 5:30 a.m., and taking her to a nearby hotel.

 g. On Sunday, June 29, 2008, at 7:07 p.m., Dewolf transmitted to Green "I could get you a vibrator but I want your panties."

 h. On Monday, June 30, 2008, messages between Dewolf and Green indicate that Dewolf picked up Green at approximately 6:37 a.m.

7. A photograph of Dewolf by KCSD was shown on June 30, 2008, to Kenosha County motels and Dewolf was identified as having rented a room at a Silver Lake motel. A green, 1998, Oldsmobile 88, four door sedan, with New York registration EAH1663 was identified as Dewolf's vehicle.

8. Records from the New York Division of Motor Vehicles indicated that the vehicle was registered to Denise A. Gray. Gray resides at 15 Tudor Street, Binghamton,

3

New York. Ms. Gray was interviewed by FBI agents and stated that Dewolf is her son. She stated that Dewolf also uses a cell phone with the number 607-651-8078.

9. Information obtained from the South Center Township Police Department in Pennsylvania indicated that, on July 1, 2008, at approximately 10:30 a.m., Gray's vehicle was observed near a wooded area in Bloomsburg, Pennsylvania. A male and a female exited the vehicle and entered the woods. A citizen confronted the pair, who then fled the area in Gray's vehicle.

10 Ms. Hansen has one computer in her home, which is utilized by Green and Hansen. Hansen consented to a search of the computer which was imaged and analyzed. A preliminary analysis identified the email address of xoctober13@yahoo.com as being associated with Green, and kdewolf2@yahoo.com as being associated with Dewolf. That is because e-mails to and from these e-mail addresses reveal the names of Dewolf and Green as holders of these addresses. The following is a summary of the emails recovered from the computer:

 a. 04/26/2008, Dewolf to Green. Dewolf relates that he ordered his Sprint phone and the GPS system will help him get to Green's home.

 05/02/2008, Green to Dewolf. Rachel relates that if Dewolf comes to see Green they will have sex. Green wants Dewolf, but doesn't want Dewolf to get in trouble.

 05/05/2008, Dewolf to Green. Dewolf relates that he wants to see Green this summer. Dewolf likes Green a lot, and doesn't want to *just* have sex with Green.

 05/30/2008, Dewolf to Green. Dewolf relating that Green has four years of high school left and he has four years of college left, then they can run away together.

4

06/05/2008, at approximately 1:15am Dewolf sends three separate emails with unknown images to Green and himself from kyledewolfe@pm.sprint.com

b. Four image files were located in the Temporary Internet Cache of Ms. Hanson's computer, indicating that they were received via the internet. The images are four color photographs that appear to be a series of the same subject, Dewolf:

(1) Frontal head and torso image of a reclining shirtless white, male, mid-20 years of age, who appears to holding a camera in his right hand. A partial tattoo is observed on the inside of his left elbow. Based on a facial comparison to driver's license photograph obtained from the Georgia Division of Motor Vehicles, the man in the photo appears to be Dewolf.

(2) Image is taken from the subject's perspective of his penis, being held in his liquid covered right hand. It appears that the subject has ejaculated.

(3) Image is taken from the subject's perspective of his penis, being held in his left hand. A partial tattoo is seen on inside of his left elbow.

(4) Image taken with camera in right hand, consisting of subject's naked chest and penis. Full tattoo of cross is visible on inside of his left elbow.

*Jack Felske*
Special Agent
Federal Bureau of Investigation

Sworn before me this
3rd day of July, 2008.

Notary Public
My Commission Expires: _indeterminate_

5